

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00278-CV

Susan **CAMMACK**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant has filed a motion asking that we deny appellee's motion to reconsider our order granting appellant an extension of time to file her brief. This court denied appellee's motion to reconsider on August 31, 2018. We therefore DENY appellant's motion as moot.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

KEITH E. HOTTLE,
Clerk of Court